UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE MIGUEL RODRIGUEZ GRULLON,

                     Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                     Defendant.
-----------------------------------------------------------X

19 **CIVIL** 11436 (SN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 10, 2020, that the decision of the Commissioner of Social Security is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings including further development of the record.

**Dated:** New York, New York
        July 10, 2020

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

**BY:**

                                              **Deputy Clerk**