UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JOSE MIGUEL RODRIGUEZ GRULLON,

                    **Plaintiff,**

      -against-

COMMISSIONER OF SOCIAL SECURITY,

                    **Defendant.**

------------------------------------------------------------------X

**19-CV-11436 (SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 4/10/2026 __

**SARAH NETBURN, United States Magistrate Judge:**

On February 2, 2026, Plaintiff's counsel filed a motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b). ECF No. 27. The Court ordered the Commissioner to respond to Plaintiff's motion for attorney's fees. ECF No. 29. To date, the Commissioner has not filed a response. The Commissioner is ORDERED to file its response by no later than Friday, April 24, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
             April 10, 2026