**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 4/27/2026 _

**JOSE MIGUEL RODRIGUEZ GRULLON,**

                       **Plaintiff,**

       **-against-**

**COMMISSIONER OF SOCIAL SECURITY,**

                       **Defendant.**

-----------------------------------------------------------------X

**19-CV-11436 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On December 13, 2019, Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking review of a denial of social security benefits. ECF No. 1. On February 19, 2020, the parties consented to my jurisdiction. ECF No. 12. On July 10, 2020, the Court approved a stipulation and order between the parties remanding the matter for further proceedings before the Commissioner. ECF No. 17. On November 6, 2020, the Court approved a separate stipulation and order awarding Plaintiff $3,200.00 in attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 25.

Following the remand, Plaintiff received retroactive benefits from the Social Security Administration. Thereafter, on February 2, 2026, Plaintiff's counsel filed a motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b). ECF No. 27. Section 406(b) permits the Court to approve "a reasonable fee . . . not in excess of 25 percent of the . . . past-due benefits" awarded to the plaintiff. Gisbrecht v. Barnhart, 535 U.S. 789, 795 (2002) (quoting 42 U.S.C. §406(b)(1)(A)). Because of the Commissioner's unique role and expertise in this area, the Court ordered Defendant to respond to Plaintiff's motion. ECF No. 29. On April 24, 2026, Defendant

filed a letter indicating that the Commissioner neither supports nor opposes Plaintiff's counsel's motion for § 406(b) fees. ECF No. 32.

Having reviewed the February 2, 2026 motion, along with all supporting documents, the Court determines that the requested award is reasonable and recommends that attorney's fees be granted in the amount of $4,349.25, which represents less than 25% of the past due benefits awarded to Plaintiff. Upon receipt of this sum, counsel for Plaintiff is directed to refund directly to Plaintiff the previously awarded EAJA fees of $3,200.00.

The Clerk of Court is respectfully requested to terminate the motions at ECF Nos. 19, 27.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        New York, New York
              April 27, 2026

2